ADR

E-filing

Filed
JAN 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Victor Velasco,
  Plaintiff,
vs.
Winn Residential Management,
  Defendant(s).

CASE NO. CV15. 317

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address P.O. Box 8282
   City, State & Zip Code San Jose, Calif. 95155
   Phone (408) 674-8805

2. Defendant is located at:
   Address 2350 W. Shaw Avenue, Suite 142
   City, State & Zip Code Fresno, California 93711
   Phone: (559) 435-3434

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. X Termination of my employment.

Form-Intake 2 (Rev. 4/05)

- 1 -

1  c. ___ Failure to promote me.

2  d. X Other acts as specified below.

3  1) Hostile work environment 2) Retaliation/Revenge/hate.

4  3) Harrasment 4) False information, 5) Sexual harrasment

5  5) False statements. 6) Wrong interpretation data on

6  porpose from a personal interview to sabotage my Job.

7  8) Violation to the disability act.

8  Please see attached Letter/s. and other information.

9  5. Defendant's conduct is discriminatory with respect to the following:

10  a. X My race or color.

11  b. ___ My religion.

12  c. ___ My sex.

13  d. ___ My national origin.

14  e. X Other as specified below.

15  _____

16  6. The basic facts surrounding my claim of discrimination are: Unfair Termination.

17  Main issues of terminating me and retaliating me

18  due to Complaints I expressed in e-mails about my

19  supervisor behavior and also was a revenge from my

20  former employer when I used to work for The

21  Brockenhoff Management Group.

22  I was in an Interview in which was recorded.

23  This was done in order to find me guilty of anything

24  but with no success so a petty complaint was used.

25  7. The alleged discrimination occurred on or about Oct 2011 – April 2012

26  Please see attached letter for mor information. (DATE)

27  8. I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)                - 2 -

discriminatory conduct on or about _Nov. 2011 – April 2012_
(DATE)

9. The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _October 29, 2014 from P.O. Box Mailbox._
(DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:

Yes ☒    No ___

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: _1/22/2015_
22 V.E.V.

_[signature]_
SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION IS NOT REQUIRED.)

_Victor Velasco_
PLAINTIFF'S NAME
(Printed or Typed)

Form-Intake 2 (Rev. 4/13)                - 3 -