UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR VELASCO, ) | Case No. 5:15-cv-00317-PSG |
| ) | |
| Plaintiff, ) | **CASE SCHEDULING ORDER** |
| ) | |
| v. ) | **(Re: Docket No. 23)** |
| ) | |
| WINN RESIDENTIAL MANAGEMENT, ) | |
| ) | |
| Defendant. ) | |

Based on the parties' joint case management statement[1] and today's case management conference,

IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is November 24, 2015.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

Deadline to Exchange Initial Disclosures ...................................................... September 28, 2015

Fact Discovery Cut-Off .............................................................................. February 29, 2016

---

[1] *See* Docket No. 18.

1

Case No. 5:15-cv-00317-PSG
CASE SCHEDULING ORDER

| | |
|---|---:|
| Expert Designation Deadline | March 30, 2016 |
| Expert Discovery Cut-Off | April 29, 2016 |
| Dispositive Motions Hearing | July 12, 2016 at 10:00 AM |
| Pre-Trial Conference | September 27, 2016 at 10:00 AM |
| Jury Trial | October 24, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: August 25, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge